**Opinion issued December 17, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00673-CV

———————————

**HAKEL INVESTMENTS, INC., RAFCA NOUN, AGN INVESTMENT, INC. AND ALLSTATES SALES & DISTRIBUTION LLC, Appellants**

**V.**

**EDGEFIELD HOLDINGS LLC, (SUCCESSOR IN INTEREST TO REGIONS BANK), Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2008-59722**

---

## MEMORANDUM OPINION

Appellee Edgefield Holdings LLC (Successor in Interest to Regions Bank) filed a motion to dismiss this appeal for lack of jurisdiction. Appellants have not filed a response to this motion. We dismiss.

Appellee contends that we lack jurisdiction over this appeal because appellant did not file a timely notice of appeal. Appellants are appealing from the trial court's June 5, 2024 turnover order. On July 16, 2024, appellants filed a motion to set aside the turnover order, but even if we construed this motion to be a post-judgment motion that could extend the deadline for filing the notice of appeal, this motion to set aside the turnover order was not filed within thirty days of the signing of the turnover order. Therefore, it could not extend the deadline for filing the notice of appeal. *See* TEX. R. CIV. P. 329b.

A post-judgment turnover order is a final, appealable order. *See Burns v. Miller, Hiersche, Martens & Hayward, P.C.*, 909 S.W.2d 505, 506 (Tex. 1995) (citing *Schultz v. Fifth Jud. Dist. Ct. of Appeals*, 810 S.W.2d 738, 738–40 (Tex. 1991)). Thus, the notice of appeal was due within 30 days from the date the turnover order was signed, or by July 5, 2024. *See* TEX. R. APP. P. 26.1. Appellant did not file their notice of appeal until September 5, 2024.[1] Accordingly, the notice of appeal is untimely. Absent a timely filed notice of appeal, we lack jurisdiction. *See* TEX. R. APP. P. 25.1.

---

[1] There is another trial court order signed on September 9, 2024, directing the receiver to distribute proceeds, but appellant has not appealed from this order.

We grant appellee's motion and dismiss this appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Gunn.